

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2015

No. 04-15-00267-CV

Dolores **REYNOSO** and Juan Reynoso,
Appellants

v.

**LOFT CONCEPTS, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00936
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

We **order** any response by appellants to appellee's motion for review of the bond and the sufficiency of the sureties due **May 18, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court